■ In the Matter of WILLIAM SECREST, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [896 NYS2d 276]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered October 2, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL DILLON, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Onondaga County Court (Jeffery R. Merrill, A.J.), rendered April 17, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOSHA STEELE, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered January 16, 2008. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.